**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
OCT 15 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26CR116-KKC-MAS

**CAMERON VONSLEET KENNEDY and**
**IESHIA MAYS**

* * * * *

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**21 U.S.C. § 846**

Beginning on or about March 11, 2026, and continuing through on or about August 4, 2026, in Boyle, Mercer, and Fayette Counties, in the Eastern District of Kentucky, and elsewhere,

**CAMERON VONSLEET KENNEDY and**
**IESHIA MAYS**

knowingly and intentionally conspired together to possess with intent to distribute, and to distribute, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**<u>COUNT 2</u>**
**21 U.S.C. § 841(a)(1)**

On or about March 11, 2026, in Boyle County, in the Eastern District of Kentucky,

**IESHIA MAYS**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about March 25, 2026, in Boyle County, in the Eastern District of Kentucky,

**IESHIA MAYS**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about June 18, 2026, in Mercer County, in the Eastern District of Kentucky,

**IESHIA MAYS**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about August 3, 2026, in Mercer and Fayette Counties, in the Eastern District of Kentucky,

**CAMERON VONSLEET KENNEDY**

knowingly and intentionally possessed with intent to distribute 500 grams or more of mixtures or substances containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1. By virtue of the commission of the felony offenses alleged in the Indictment, **CAMERON VONSLEET KENNEDY and IESHIA MAYS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and/or 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 841 and/or 846. Any and all interest that **CAMERON VONSLEET KENNEDY and IESHIA MAYS** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**VEHICLE:**
2017 BMW 740 with VIN WBA7E2C54HG740220.

**CURRENCY:**
Approximately $13,090 in U.S. currency seized on or about August 3, 2026.

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**AMANDA P. MORGAN**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1 & 5:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNTS 2-4:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**If prior felony drug offense conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years of supervised release.

**PLUS:** Forfeiture.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.